**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CHRISTOPHER KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   08-cv-277-JPG-PMF |
| | ) | |
| DR. KELLY RHODES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**REPORT AND RECOMMENDATION**</u>

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for class certification (Doc. No. 44).  The motion is

opposed (Doc. No. 46).

Plaintiff is proceeding on a § 1983 civil rights claim against eighteen defendants, some of

whom have been served.  He challenges the conditions of confinement at Tamms Correctional

Center, claiming that the defendants are not providing adequate care for his serious mental health

needs and the serious mental health needs of other inmates.

Plaintiff's request is governed by Rule 23(a).  The Court's initial focus is on subsection (4),

which requires class representatives to fairly and adequately protect the interests of the class.  Fed.

R. Civ. P. 23(a)(4).  Plaintiff is currently the only class representative, as other plaintiffs dropped

out of this case.  He proceeding *pro se*.  He is confined in prison, where he has access to postage and

legal materials.  The Court is not persuaded that he has the resources and training needed to

adequately manage the legal and logistical complexities associated with class litigation.  Also,

because plaintiff is not licensed to practice law, he is not qualified to litigate on behalf of members

of a class.  *See U.S. ex rel. Lu v. Ou* 368 F.3d 773, 775 (7th Cir. 2004);  *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir.1975).  Because plaintiff cannot satisfy the fair and adequate representative prerequisite, the Court need not consider whether other requirements for class certification have been met.

IT IS RECOMMENDED that plaintiff's motion for class certification (Doc. No. 44) be DENIED.

**SUBMITTED:**    <u>October 23, 2009</u>   .

<u>*s/Philip M. Frazier*</u>
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**