UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER KNOX,<br><br>    Plaintiff,<br><br>v.<br><br>DR. KELLY RHODES, *et al.*,<br><br>    Defendants. | Case No. 08-cv-277-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Christopher Knox's Motions for Extension of Time (Docs. 64, 69). Knox filed a motion on November 4, 2009, which requested additional time to respond to the Motion to Dismiss (Doc. 50) filed by several defendants and an extension of time to object to Magistrate Judge Frazier's Report & Recommendation (Doc. 57) regarding Knox's Motion for Class Certification (Doc. 44). Magistrate Judge Frazier addressed Knox's first request by extending the response period as to the motion to dismiss to December 11. (Doc. 66). Then, before the Court could address the second half of Knox's requested relief, he re-filed the exact same motion concerning extensions of time on November 9.

First, the Court admonishes Knox to not needlessly re-file motions that the Court already has on record. With that said, the Court **GRANTS in part** Knox's first Motion for Extension of Time (Doc. 64). Specifically, the Court extends the time for objections to Magistrate Judge Frazier's Report & Recommendation (Doc. 57) concerning Knox's class certification motion to up to and including December 11. This terminates said motion as ripe. The Court **DENIES as moot** Knox's second Motion for Extension of Time (Doc. 69).

**IT IS SO ORDERED**
**DATED: November 13, 2009**

                                                                           s/ J. Phil Gilbert
                                                                           **J. PHIL GILBERT**
                                                                           **DISTRICT JUDGE**