UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER KNOX,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. KELLY RHODES, *et al.*,<br><br>    Defendants. | Case No. 08-cv-277-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Magistrate Judge Frazier's Report and Recommendation ("R & R") (Doc. 57) of October 23, 2009, wherein it is recommended that Plaintiff Christopher Knox's Motion to Certify Class (Doc. 44) be denied. Neither Knox nor any of the defendants have filed an objection to the R & R.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. Fed. R. Civ. P. 72(b). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the R & R (Doc. 57), which **DENIES** Knox's Motion for Preliminary Injunction (Doc. 44).

**IT IS SO ORDERED**
**DATED: January 4, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**