IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX, B61090,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) **Case No.: 3:08-cv-00277-JPG-PMF** |
| **KELLY RHODES,** *et al.,* | ) ) ) |
| **Defendants.** | ) ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is Defendant Rakesh Chandre's Motion to Dismiss all portions of Plaintiff's Complaint which reference a class action (Doc. 100). Plaintiff has failed to respond to Defendant's motion. Under SDIL-LR 7.1(c), the "failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion." Additionally, the only Plaintiff that remains in this action is Plaintiff Knox.

## RECOMMENDATION

**IT IS RECOMMENDED** that Defendant Rakesh Chandre's Motion to Dismiss all portions of Plaintiff's Complaint which reference a class action be **GRANTED**.

**SO RECOMMENDED.**

**SUBMITTED: February 18, 2010.**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**