UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER KNOX,

      Plaintiff,

  v.                                                Case No. 08-cv-277-JPG

DR. KELLY RHODES, *et al.*,

      Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") (Doc. 128) of February 18, 2010, wherein Magistrate Judge Philip M. Frazier recommends that the Court grant Defendant Rakesh Chandre's Motion to Dismiss (Doc. 100). In the instant motion, Chandre asks that the Court dismiss all class action and preliminary injunction claims against him.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. Fed. R. Civ. P. 72(b). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The time for objections has passed, yet none have been filed. Accordingly, the R&R is subject to a clear error standard of review.

The Court has reviewed the entire file and finds that the R&R is not clearly erroneous, dictating dismissal of Knox's class action claims against Chandre.  However, the Court notes that the R&R does not reference Knox's preliminary injunction claims, which Chandre also seeks to dismiss.  Given that Knox did not respond to the instant dismissal motion, the Court deems the merits therein to be admitted.  *See* S.D. Ill. L. R. 7.1(c).  This, in conjunction with the fact that a preliminary injunction was previously denied, (*see* Doc. 63), requires that the preliminary injunction claims against Chandre be dismissed as well.

For the foregoing reasons, the Court **ADOPTS** the R&R (Doc. 128) **as modified herein**, which **GRANTS** Chandre's Motion to Dismiss (Doc. 100).  Specifically, the Court **DISMISSES with prejudice** all of the class action and preliminary injunction claims against Chandre.

**IT IS SO ORDERED**
**DATED: April 6, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**