UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER KNOX,

    Plaintiff,

v.

DR. KELLY RHODES, *et al.*,

    Defendants.

Case No. 08-cv-277-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendations ("R & R") (Doc. 410) of May 24, 2011. No party filed an objection thereto.

After reviewing a report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, again, neither party has filed an objection to the R & R. The Court has reviewed the R & R for clear error and finds that it is not clearly erroneous. As such, the Court **ADOPTS** the R & R (Doc. 410) **in its entirety**. Accordingly, the Court **GRANTS** Defendant Dr. Diana Dobier's Motion for Summary Judgment (Doc. 290), Defendant Dr.

Lawrence Weiner's Motion for Summary Judgment (Doc. 302), and Defendant Dr. Kelly Rhodes' Motion for Summary Judgment (Doc. 305).  Further, the Court **DENIES** Plaintiff Christopher Knox's Motion for Summary Judgment (Doc. 343) and Cross-Motions for Summary Judgment (Docs. 349, 350).  Dr. Dobier, Dr. Weiner, and Dr. Rhodes are hereby **DISMISSED with prejudice**, and Defendant Dr. David Weidner is hereby **DISMISSED without prejudice**.  Finally, the Court **DIRECTS** the Clerk of Court to enter judgment *instanter*.

**IT IS SO ORDERED**
**DATED: June 29, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
