UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER KNOX, *et al.*,

Plaintiffs,

v.

Case No. 08-cv-277-JPG

DR. KELLY RHODES, *et al.*,

Defendants.

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that all claims of Plaintiffs Donnie White and Anthony Gay are dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all claims of Plaintiff Christopher Knox against Defendants Dr. Kelly Rhodes, Dr. Lawrence Weiner, Dr. Gnu, and Illinois Department of Corrections are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff Christopher Knox's claims under the Illinois Mental Health and Developmental Disabilities Code, Americans with Disabilities Act, Rehabilitation Act of 1973, and procedural due process clause of the Fourteenth Amendment are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff Christopher Knox's other claims against Defendants Dr. Marvin Powers, Dr. Wendy Navarro, Dr. William Eleya, Dr. Aqeel Khan, Dr. David Weidner, Dr. Scott, Dr. Claudia Kachigian, Roger Walker, Jessie Montgomery, Jason Garnett, Danny Hartline, and Ken Bartley are dismissed

without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff Christopher Knox's other claims against Defendant Dr. Diana Dobier are dismissed with prejudice, excepting his claims for denial of mental health treatment and allowing an unlicensed and unsupervised post-doctoral resident perform a psychiatric evaluation of him, which are dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff Christopher Knox's other claims against Defendant Dr. Rakesh Chandre are dismissed without prejudice, excepting his claims for class action and preliminary injunction relief, which are dismissed with prejudice,

FINALLY, IT IS ORDERED AND ADJUDGED that all of Plaintiff Christopher Knox's other claims against Defendant Dr. Lawrence Ngu are dismissed without prejudice, excepting his claim for hostile prison environment, which is dismissed with prejudice.

**DATED: June 29, 2011**

                                    **NANCY ROSENSTENGEL**

                                    **s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**